ROSA, DEMANDANTE Y APELANTE, *v.* DÍAZ ET AL., DEMANDADOS Y APELADOS.

No. 3145.—*Visto:* Enero 31, 1924. *Resuelto:* Mayo 26, 1924.

HONORARIOS EXCESIVOS—TEMERIDAD DE LA PARTE VENCIDA.—La consideración principal al conceder honorarios, más que la importancia del trabajo del abogado victorioso, es el grado de temeridad de la parte vencida; por lo que examinando las circunstancias de este caso y siendo la reclamación poco más de $2,000, la concesión de honorarios por $700 es excesiva.

RESOLUCIÓN de *E. Lloreda,* J. (Arecibo), en impugnación al memorándum de costas. *Confirmada, pero reduciendo la suma concedida.*

*L. Mercader,* abogado del apelante; *Largé & Zeno,* abogados de los apelados.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Establecida una acción contra el demandado para el cumplimiento de un contrato y habiéndose declarado sin

lugar la demanda, se queja el demandante de ser condenado
al pago de honorarios de abogado en la suma de $700. Se
ve inmediatamente que su demanda no fué enteramente te-
meraria al expresarse que la sentencia dictada contra él
fué confirmada por esta corte solamente por el voto de tres
contra dos. La reclamación era por poco más de $2,000, y
la concesión de una tercera parte de esa suma como hono-
rarios de abogado en un caso corriente es sumamente alta
y el apelado no nos ha demostrado nada que justifique una
excepción a la regla. Aunque estamos dispuestos a recono-
cer que el abogado en la corte inferior tuvo que hacer grandes
esfuerzos para ganar el caso, la prueba principal no es la
cantidad de trabajo que tiene que hacer el abogado, sino
el grado de temeridad de la parte vencida. La cantidad
del trabajo puede desempeñar un papel, pero solamente
después que ha sido determinado el grado de culpa. En
contra del trabajo del abogado está el hecho de no haberse
visto obligado a preparar nada, sino a hacer una alegación
general y no tuvo que presentar ninguna prueba. Aun
cuando fuera este un caso de mayor temeridad, todavía en-
contraríamos excesivos los honorarios de abogados en $700.
En el caso de *Fragoso v. Marxuach,* 31 D.P.R. 195, y *Vall
Spinosa v. Nitrate Agencies Co.,* 31 D.P.R. 936, llamamos
la atención hacia el hecho de que la política de las cortes
debe ser opuesta a fijar honorarios de abogados excesivos
y esto tiene aplicación a los casos de más temeridad. En
vista de las circunstancias citadas, creemos que una con-
dena de honorarios por $300, es una concesión suficiente.

Debe modificarse la sentencia apelada a fin de que se
ajuste a esta rebaja, y así modificada se confirma.